## STATE OF CONNECTICUT *v.* MARK HOLEMAN
### (AC 27313)

Bishop, McLachlan and Gruendel, Js.

Argued February 9—officially released March 27, 2007

Per Curiam. The judgment is affirmed.

## RICHARD R. QUINT *v.* THERESA LANTZ ET AL.
### (AC 25992)

Gruendel, Lavine and Foti, Js.

Argued February 21—officially released March 27, 2007

Per Curiam. The judgment is affirmed.

## KEN A. LATHROP *v.* JACK E. BURSON ET AL.
### (AC 27379)

McLachlan, Lavine and Peters, Js.

Argued February 20—officially released March 27, 2007

Per Curiam. The judgment is affirmed.